IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEVI STRAUSS & CO.,             No. C 05-02949 CRB

    Plaintiffs,                    **ORDER OF RECUSAL**

  v.

BILLABONG INTERNATIONAL,

    Defendants.

    I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2. of the Assignment Plan.

    All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: August 02, 2005

                                              CHARLES R. BREYER
                                              UNITED STATES DISTRICT JUDGE