1  ROBERT A. JOHNSON, SBN 155938
   KELLY K. PFEIFFER, SBN 223468
2  FRIEDMAN STROFFE & GERARD, P.C.
   19800 MacArthur Boulevard, Suite 1100
3  Irvine, California 92612-2425
   Telephone: (949) 265-1100
4  Facsimile: (949) 265-1199

5  Attorneys for Defendants BURLEIGH POINT LTD.
   and ELEMENT SKATEBOARDS, INC.

6

7

8              UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | LEVI STRAUSS & CO.,            ) Case No.:  3:05-cv-02949-MHP
                                   )
11 |          Plaintiff,           ) ASSIGNED FOR ALL PURPOSES:
                                   ) HON. MARILYN H. PATEL
12 |     v.                        ) COURTROOM 15
                                   )
13 | BILLABONG INTERNATIONAL,      ) STIPULATION AND [PROPOSED]
     LTD., an Australian company;  ) ORDER TO EXTEND DEADLINE TO
14 | BURLEIGH POINT, LTD., a       ) COMPLETE MEDIATION
     California corporation; ELEMENT )
15 | SKATEBOARDS, INC., a California )
     corporation,                  )
16 |                               )
              Defendants.          )
17 |                               )

18      THIS STIPULATION is made by and between defendants

19 BURLEIGH POINT, LTD. and ELEMENT SKATEBOARDS, INC.

20 (collectively, "Defendants"), and plaintiff LEVI STRAUSS & CO., by

21 their respective counsel, and is based on the following:

22      1.   The Court has ordered that Mediation be completed in this

23 matter by February 17, 2006;

24      2.   On January 11, 2006, the parties participated in a

25 telephonic conference with the Mediator regarding Mediation, pursuant

26 to the ADR Local Rules; and

27 ///

28 ///

                            -1-

1    3.   It has been determined that the first available Mediation

2  date convenient for all parties, their counsel and the Mediator is March

3  9, 2006.

4     BASED ON THE FOREGOING, Plaintiff and Defendants stipulate

5  that the time for the parties to complete Mediation is extended to

6  March 17, 2006.

7  DATED: January 2b, 2006.

8                  FRIEDMAN STROFFE & GERARD, P.C.

9

10                By

11                  ROBERT A. JOHNSON
                    KELLY K. PFEIFFER

12                  Attorneys for Defendants
                    BURLEIGH POINT, LTD. and

13                  ELEMENT SKATEBOARDS, INC.

14  DATED: January __, 2006.

15               TOWNSEND TOWNSEND and CREW, LLP

16

17

18                By

19                  GREGORY S. GILCHRIST
                    HOLLY GAUDREAU

20                  Attorneys for Plaintiff
                    LEVI STRAUSS & CO.

21  PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23  DATED: January 27, 2006

24                By
                  The Honorable M

25

26

27

28

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-