```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    GREGORY S. GILCHRIST (State Bar No. 111536)
 2  GIA L. CINCONE (State Bar No. 141668)
    HOLLY GAUDREAU (State Bar No. 209114)
 3  Two Embarcadero Center, 8th Floor
    San Francisco, California 94111
 4  Telephone: (415) 576-0200
    Facsimile: (415) 576-0300
 5  gsgilchrist@townsend.com; glcincone@townsend.com
    hgaudreau@townsend.com
 6
    Attorneys for Plaintiff
 7  LEVI STRAUSS & CO.
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>Plaintiff,<br><br>v.<br><br>BURLEIGH POINT, LTD., a California corporation; ELEMENT SKATEBOARDS, INC., a California corporation,<br><br>Defendants. | Case No. C 05-02949 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER RE MEDIATION DEADLINE** |

This stipulation is made by and between plaintiff, Levi Strauss & Co. and defendants Burleigh Point, Ltd. and Element Skateboards, Inc. (collectively, "Defendants"), by their respective counsel, and is based on the following:

1. The Court ordered that mediation in this matter be completed by February 16, 2006;

2. On January 11, 2006, the parties participated in a telephonic conference with the mediator regarding mediation, pursuant to the ADR Local Rules;

3. The first available date for mediation convenient to the parties and the mediator was March 9, 2006;

4. On January 26, 2006, the parties filed a stipulation to extend the deadline for

- 1 -

| | | |
|---|---|---|
| 1 | | mediation until March, 17, 2006. The Court entered an order granting the |
| 2 | | extension shortly thereafter on January 27, 2006; |
| 3 | 5. | The parties in the meantime have engaged in extensive settlement discussions |
| 4 | | and have made substantial progress in reaching resolution of the action. To |
| 5 | | avoid unnecessary expense and disruption of ongoing negotiations, the parties |
| 6 | | contacted the mediator to cancel the mediation previously scheduled for March |
| 7 | | 9, 2006. The parties also informed the mediator of their plan to proceed before |
| 8 | | a Magistrate Judge if settlement could not be accomplished. The mediator was |
| 9 | | supportive of this proposed course of action; |
| 10 | 6. | The parties are continuing settlement discussions, but if a final agreement |
| 11 | | cannot be reached by April 10, 2006, the parties will seek permission from the |
| 12 | | Court to change their ADR election and appear before a Magistrate Judge under |
| 13 | | the Court's mediation program. |

15  Based on the foregoing, Plaintiff and Defendants stipulate: (1) that the date for
16  completion of mediation by March 17, 2006 be taken off calendar; and (2) that they will seek
17  permission from the Court to change their ADR election and appear before a Magistrate Judge
18  under the Court's mediation program if a final agreement cannot be reached by April 10, 2006.

20  DATED: March 15, 2006    Respectfully submitted,

By: *Holly Gaudreau* (signature)
HOLLY GAUDREAU
TOWNSEND AND TOWNSEND AND CREW LLP

Attorneys for Plaintiff
LEVI STRAUSS & CO.

26  ///
27  ///
28  ///

- 2 -

| STIPULATION AND [PROPOSED] ORDER TO | Levi Strauss & Co. v. Burleigh Point, Ltd., et al. |
|---|---|
| EXTEND DEADLINE TO COMPLETE MEDIATION | Case No. C 05-02949 MHP |

1  DATED: March 15, 2006          By: /s/ Kelly K. Pfeiffer
2                                      KELLY K. PFEIFFER
                                       FRIEDMAN STROFFE & GERARD, P.C.
3
                                       Attorneys for Defendants
4                                      BURLEIGH POINT, LTD. and ELEMENT
                                       SKATEBOARDS, INC.
5

6

7  PURSUANT TO STIPULATION, IT IS SO ORDERED
8
9  DATED: March 16, 2006          By: _____
10                                      The Honorable Marilyn H. Patel

**IT IS SO ORDERED**
/s/ Marilyn H. Patel
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 3 -

STIPULATION AND [PROPOSED] ORDER TO           Levi Strauss & Co. v. Burleigh Point, Ltd., et al.
EXTEND DEADLINE TO COMPLETE MEDIATION         Case No. C 05-02949 MHP