TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
HOLLY GAUDREAU (State Bar No. 209114)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
gsgilchrist@townsend.com; glcincone@townsend.com
hgaudreau@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. C 05-02949 MHP |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT AND EXTENSION OF DEADLINE TO CHANGE ADR ELECTION** |
| BURLEIGH POINT, LTD., a California corporation; ELEMENT SKATEBOARDS, INC., a California corporation, | |
| Defendants. | |

This stipulation is made by and between plaintiff, Levi Strauss & Co. and defendants

Burleigh Point, Ltd. and Element Skateboards, Inc. (collectively, "defendants"), by their

respective counsel, and is based on the following:

1.    On January 27, 2006, the Court entered an order granting the parties' request for

an extension of the mediation deadline until March 17, 2006;

2.    The parties in the meantime engaged in extensive settlement discussions and

made substantial progress in reaching resolution of the action. To avoid

unnecessary expense and disruption of ongoing negotiations, the parties

contacted the mediator to cancel the mediation previously scheduled for March

9, 2006. The parties also informed the mediator of their plan to proceed before

- 1 -

1    a Magistrate Judge if settlement could not be accomplished.  The mediator was

2    supportive of this proposed course of action;

3    3.    On March 15, 2006, the parties filed a stipulation with the Court, agreeing that

4    if final agreement could not be reached by April 10, 2006, the parties will seek

5    permission to change their ADR election to appear before a Magistrate Judge

6    under the Court's mediation program.  The Court entered an order granting the

7    parties' request on March 16, 2006;

8    4.    Since that time, the parties have tentatively reached agreement and are in the

9    process of finalizing its terms.  Because the settlement is nearly complete and

10    will resolve the action, the parties request additional time to finalize the

11    settlement before seeking permission from the Court to change their ADR

12    election to appear before a Magistrate Judge under the Court's mediation

13    program.

14    Based on the foregoing, the parties stipulate that they will seek permission from the

15    Court to change their ADR election and appear before a Magistrate Judge under the Court's

16    mediation program if a final agreement cannot be reached by May 5, 2006.

17

18    DATED:  April 10, 2006                    Respectfully submitted,

19

20                                        By: _____

21                                        HOLLY GAUDREAU
                                        TOWNSEND AND TOWNSEND AND CREW
22                                        LLP

23                                        Attorneys for Plaintiff
                                        LEVI STRAUSS & CO.

24    ///

25    ///

26    ///

27

28                                        - 2 -

STIPULATION AND [PROPOSED] ORDER          Levi Strauss & Co. v. Burleigh Point, Ltd., et al.
RE SETTLEMENT AND EXTENSION OF DEADLINE
TO CHANGE ADR ELECTION                    Case No. C 05-02949 MHP

1

2   DATED: April 10, 2006                    By: _____

3                                                 KELLY K. PFEIFFER
                                                  FRIEDMAN STROFFE & GERARD, P.C.
4
                                                  Attorneys for Defendants
5                                                 BURLEIGH POINT, LTD. and ELEMENT
                                                  SKATEBOARDS, INC.
6

7

8   PURSUANT TO STIPULATION, IT IS SO ORDERED

9

10  DATED: April 11, 2006                    By: _____
                                                  The Honorable M___ ___ ___
11
                                             IT IS SO ORDERED
12
13
                                             Judge Marilyn H. Patel
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                       - 3 -

STIPULATION AND [PROPOSED] ORDER          Levi Strauss & Co. v. Burleigh Point, Ltd., et al.
RE SETTLEMENT AND EXTENSION OF DEADLINE
TO CHANGE ADR ELECTION                    Case No. C 05-02949 MHP