- 1 -

1   TOWNSEND AND TOWNSEND AND CREW LLP
    GREGORY S. GILCHRIST (State Bar No. 111536)
2   GIA L. CINCONE (State Bar No. 141668)
    HOLLY GAUDREAU (State Bar No. 209114)
3   Two Embarcadero Center, 8th Floor
    San Francisco, California 94111
4   Telephone: (415) 576-0200
    Facsimile: (415) 576-0300
5   gsgilchrist@townsend.com; glcincone@townsend.com
    hgaudreau@townsend.com
6
    Attorneys for Plaintiff
7   LEVI STRAUSS & CO.

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11  LEVI STRAUSS & CO.,                    Case No. C 05-02949 MHP

12                  Plaintiff,

13         v.                              **STIPULATION AND [PROPOSED]
                                           ORDER RE EXTENSION OF
14  BURLEIGH POINT, LTD., a California     WITNESS DISCLOSURE DEADLINE**
    corporation; ELEMENT SKATEBOARDS,
15  INC., a California corporation,

16                  Defendants.

17

18         This stipulation is made by and between plaintiff Levi Strauss & Co. and defendants

19  Burleigh Point, Ltd. and Element Skateboards, Inc., by their respective counsel, and is based

20  on the following:

21         1.     On November 21, 2005, the Court entered the parties' Joint Case Management

22                Statement and Order, setting May 19, 2006 as the deadline for disclosure of

23                witnesses (case in chief);

24         2.     The parties have since reached agreement to resolve the action and are in the

25                process of finalizing terms of the settlement agreement.  Because the settlement

26                is nearly complete, the parties request that the deadline for the disclosure of

27                witnesses be extended up to and including, June 19, 2006.

28
                                          - 1 -

1  DATED:  May 19, 2006                      Respectfully submitted,

2

3                                            By: _____
                                                 HOLLY GAUDREAU
4                                                TOWNSEND AND TOWNSEND AND CREW
                                                 LLP
5
                                                 Attorneys for Plaintiff
6                                                LEVI STRAUSS & CO.

7

8  DATED:  May 19, 2006

9                                            By: _____
                                                 KELLY K. PFEIFFER
                                                 FRIEDMAN STROFFE & GERARD, P.C.
10
                                                 Attorneys for Defendants
11                                               BURLEIGH POINT, LTD. and ELEMENT
                                                 SKATEBOARDS, INC.
12

13

14

15  PURSUANT TO STIPULATION, IT IS SO ORDERED

16

17  DATED:  May 22, 2006

18  The Hono...

IT IS SO ORDERED
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF
WITNESS DISCLOSURE DEADLINE

*Levi Strauss & Co. v. Burleigh Point, Ltd., et al.*
Case No. C 05-02949 MHP