| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| 2 | GREGORY S. GILCHRIST (State Bar No. 111536)<br>GIA L. CINCONE (State Bar No. 141668) |
| 3 | HOLLY GAUDREAU (State Bar No. 209114)<br>Two Embarcadero Center, 8th Floor |
| 4 | San Francisco, California 94111<br>Telephone: (415) 576-0200 |
| 5 | Facsimile: (415) 576-0300<br>gsgilchrist@townsend.com; glcincone@townsend.com |
| 6 | hgaudreau@townsend.com |
| 7 | Attorneys for Plaintiff<br>LEVI STRAUSS & CO. |

8  UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 11 | LEVI STRAUSS & CO., | Case No. C 05-02949 MHP |
| 12 | Plaintiff, | **STIPULATION OF DISMISSAL** |
| 13 | v. | |
| 14 | BURLEIGH POINT, LTD., a California corporation; ELEMENT SKATEBOARDS, | |
| 15 | INC., a California corporation, | |
| 16 | Defendants. | |

19  The parties, by their respective counsel and pursuant to Federal Rule of Civil Procedure

20  41(a)(1), stipulate that this action be and hereby is dismissed. Each party shall bear its own

21  costs and attorneys' fees.

23  ///
24  ///
25  ///
26  ///
27  ///
28

- 1 -

1 | DATED: January 8, 2007     Respectfully submitted,

2

3     By:   */s/ Gia L. Cincone*
        Gia L. Cincone
4         TOWNSEND AND TOWNSEND AND CREW LLP

5

        Attorneys for Plaintiff
6         LEVI STRAUSS & CO.

7

8 | DATED: January 8, 2007

    By:   */s/ Bryan M. Friedman*
9         Bryan M. Friedman
        FRIEDMAN STROFFE & GERARD, P.C.
10

        Attorneys for Defendants
11         BURLEIGH POINT, LTD. and ELEMENT SKATEBOARDS, INC.

12

13

14

15 | PURSUANT TO STIPULATION, IT IS SO ORDERED

16

17 | DATED: 1/8/07     _____
        The Honorable Marilyn H. Patel

- 2 -

STIPULATION OF DISMISSAL     *Levi Strauss & Co. v. Burleigh Point, Ltd., et al.*
    Case No. C 05-02949 MHP